**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Calvin L. ROBINSON, Defendant–Appellant.**

**No. 01–10751.**

**D.C. No. CR–88–00336–CRB.**

United States Court of Appeals, Ninth Circuit.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Appellant's request for oral argument is denied.

Submitted Jan. 13, 2003.*

Decided Jan. 17, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

## MEMORANDUM **

Calvin L. Robinson appeals pro se the district court's denial of his motion to modify his sentence under 18 U.S.C. § 3582(c). We have jurisdiction pursuant to 28 U.S.C. § 1291. Reviewing for abuse of discretion, *United States v. Sprague,* 135 F.3d 1301, 1304 (9th Cir.1998), we affirm.

Relief is not available under § 3582(c)(1)(B) because Robinson does not cite any statutes allowing for modification in these circumstances and Federal Rule of Criminal Procedure 35 does not apply. Relief is not available under § 3582(c)(2) because Robinson does not rely on any changes to the applicable sentencing guidelines. The district court's denial of Robinson's motion was therefore proper. *See United States v. Mullanix,* 99 F.3d 323, 324 (9th Cir.1996) (stating that relief under § 3582 is only available in the circumstances delineated in the statute).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Beitch's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.